.NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**EUGENE A. FISCHER,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5047

---

Appeal from the United States Court of Federal Claims in 10-CV-018, Judge Christine O.C. Miller.

---

ON MOTION

---

ORDER

Eugene A. Fischer moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Any other pending motions are denied as moot.

(3) Each side shall bear its own costs.

FOR THE COURT

APR 2 2 2011
_____
         Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Eugene A. Fischer
     Russell A. Shultis, Esq.

s20

     Issued As A Mandate:  APR 2 2 2011
                           _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 2 2011

JAN HORBALY
CLERK